LA/WED

# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court Wisconsin Eastern JUL 28 2023 FILED Gina M. Colletti, Clerk

(Full name of plaintiff(s))

Richard T. Gardipee
Petitioner

v.

(Full name of defendant(s))

Todd Delain
Respondent
Kevin Carr
Christopher Saldana

Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Sec. 2254

Case Number: **23-C-1012**
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __3030 Curry Lane Green Bay, WI 54311__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Todd Delain (Sheriff)__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)

Complaint – 1

and (if a person) resides at _____
                                                              (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
                                                              (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

In State of Wisconsin v. Richard T. Gardipee case # 2018CF509 Walworth County Circuit Court, judge Honorable Phillip A. Koss refused to inform me of my direct appeal right contrary to State of Wisconsin law pursuant to Wis. Stat. Sec 973.18 (2) (3)(4) and never directed my attorney to confer with me about my direct appeal right nor did he direct my attorney to sign a form regarding my intention to seek

Complaint – 2

a direct appeal leaving me dumbfounded regarding the direct appeal process being that I am ignorant and indigent relying on my state public defender Jenna Proudfit who at the trial court sentencing hearing that occurred in the month of July in the year of 2021 never informed me of my right to direct appeal my sentence, so I talked to her a few days later on the phone requesting her to file a notice of direct appeal because she is required to by State of Wisconsin law pursuant to Wis. Stat. Sec. 973.18 (5) which states "If the defendant desires to pursue postconviction relief, the defendant's trial counsel shall file the notice required by s. 809.30(2)(b)" however Jenna Proudfit never did resulting in the complete denial of my direct appeal right

which is procedurally barred now pursuant to Wis. Stat. Sec. 809.30 (2)(b) because my attorney Jenna Proudfit never filed the notice of intent to pursue postconviction relief form when I requested her to a few days after I was convicted in July 2021. This resulted in a miscarriage of justice pursuant to Murray v. Carrier 477 U.S. 478, 496 (1986). I am requesting this Honorable Court frustrate the states sovereign power to punish me unlawfully pursuant to Engle v. Isacc 456 U.S. 107, 102 S. Ct. 1558 71 L. Ed. 2d 783 (1982) and release me from custody pursuant to Argersinger v. Hamlin 8212 5015 407 U.S. 25, 92 S. Ct. 2006, 32 L. Ed. 2d 530 (1971) and pursuant to Gideon v. Wainwright, 372 U.S. 335, 83 S. Ct 792, 9 L. Ed. 2d 799 (1963) because I am poor suffering from poverty and the State of Wisconsin is refusing to provide me with an attorney for direct appeal.

Honorable Phillip A. Koss never informed me of my direct appeal right required by United States ex rel. Singleton v. Woods 440 F. 2d 835 (7th Cir. 1971) at the trial court sentencing hearing leaving me dumbfounded about the appeal process because I am poor and dumb.

"We hold that the trial judge should have advised petitioner of his right to appeal and, as a constitutional corollary, his right to court-appointed counsel on appeal if he is indigent. Failure to give such advice violated petitioner's right to equal protection under the fourteenth amendment and his sixth amendment right to counsel incorporated through the due process clause of the fourteenth amendment." (quoting United States ex rel. Singleton v. Woods, 440 F.2d 835 (7th Cir. 1971))

There has been a miscarriage of justice by my attorney Jenna Proudfit complete refusal to object to Walworth County Circuit Court trial judge Honorable Phillip A. Koss sentencing me to twice the punishment for the same crime contrary to clear established federal right against double jeopardy as prescribed by the Supreme Court of the United States in matter Benton v. Maryland, 395 U.S. 784, 23 L.Ed.2d 707, 89 S.Ct. 2056 (1969) because my sentence of two years probation successfully expired in December 2020.

therefore Honorable Phillip A. Koss was without authority to sentence me to twice the punishment for the same crime which is forbidden by my 14th amendment Equal Protection of law due process constitutional right.

I am barred by Wis. Stat. Sec. 782.02 from filing a Writ of Habeas Corpus to State of Wisconsin Supreme Court so I filed a Supervisory Writ to State of Wisconsin Supreme Court arguing about everything I complained about in this Writ of Habeas Corpus however State of Wisconsin Supreme Court is refusing me a hearing and denying me my constitutional right to appeal my sentence. See case # 2023AP000951 Richard T. Gardipee v. Walworth County Circuit Court et al

I'm now serving involuntary servitude by Respondent who is using force and effect to restrain my body at Brown County Jail without due process of law.

I am praying for a swift evidentiary hearing in front of a judge in open court in person persaint to Townsend v. Sain

372 U.S. 293, 83 S.Ct. 745, 9 L.Ed.2d 770 (1963) because the Supreme Court of the United States mandated that the Federal court in habeas corpus must hold an evidentiary hearing if the habeas applicant did not receive a full and fair evidentiary hearing in a state court, either at the time of the trial or in a collateral proceeding.

Because the State of Wisconsin Supreme Court refused to grant me a evidentiary hearing about everything I complained about in this Writ of Habeas I pray that this Honorable Court hold a swift evidentiary hearing requiring Brown County Sheriff Todd Delain to produce my body to appear in person in front of this Honorable Court.

Pursuant to the Miscarriage of Justice doctrine I pray that this Honorable Court does not delay because I'm now serving twice the punishment for the same offense which I am innocent of because I was never found guilty or adjudicated of any crime. Double Jeopardy bars the State from punishing me twice for the same crime. See Benton v. Maryland (1969) supra

Brown County Sheriff Todd Delain is now trying to keep me quiet by refusing my request for stamped enevelopes so that I can pursue this Federal Writ of Habeas Court, thus hindering and preventing me from sending this Writ of Habeas Corpus because I am poor and needy.

See Exhibit B which is a fully exhausted appealed Brown County Jail grievance complaint form where Brown County Sheriff Deputy Olson, Corporal Weed, and Lieutenant Halasi are refusing to supply me with several stamped enevelopes due to my indigency to access this Honorable Court by petition for a Writ of Habeas Corpus. See Exhibit B

"'the state and its officers may not abridge or impair petitioner's right to apply to a federal court for a writ of habeas corpus" (quoting Johnson v. Avery, 393 U.S. 483, 89 S.Ct 747, 21 L.Ed 2d 718 (1968)

"For the oppression of the poor, for the sighing of the needy, Now I will arise," says the LORD; "I will set him in the safety for which he yearns."

Psalm chapter 12 verse 5 NKJV Holy Bible.

The Great Writ of Habeas Corpus constitutes "a bulwark against convictions that violate "Fundamental fairness" frustrating the states sovereign power to punish offenders unconstitutionally. (citing Engle v. Isaac 456 U.S. 107, 102 S.Ct. 1558 71 L. Ed. 2d 783 (1982)

I pray that this Honorable Court frustrate the states sovereign power to imprison me unlawfully by applying the equitable tolling doctrine and the Miscarriage of Justice doctrine pursuant to Murray v. Carrier 477 U.S. 478, 496 (1986) because I am in double jeopardy.

I beg You for Your mercy Your Honor, I am indigent, ignorant, weak, small, and despised, a reproach to my neighbors.

Signed and dated this 24th day of July 2023 at Brown County Jail

Respectfully,

Richard T. Gardipee